"O"

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY NGUNGI SILA,<br><br>              Petitioner,<br><br>   v.<br><br>WARDEN,<br><br>              Respondent | CASE NO. EDCV 22-01632-RSWL(AS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. section 636, the Court has reviewed the Second Amended Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge to which no objections were filed. After having made a *de novo* determination of the portions of the Report and Recommendation to which objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

    **IT IS ORDERED** that Respondent's Motion to Dismiss the Petition be granted and Judgment be entered denying the Petition and dismissing this action as moot; Petitioner's motion for appointment of counsel is DENIED.

///

///

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on counsel for Petitioner and counsel for Respondent.

DATED: March 13, 2023

                                              */S/ RONALD S.W. LEW*
                                              RONALD S.W. LEW
                                    UNITED STATES DISTRICT JUDGE