JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY NGUNGI SILA,<br><br>          Petitioner,<br><br>     v.<br><br>WARDEN,<br><br>          Respondent. | CASE NO. EDCV 22-01632-RSWL(AS)<br><br>**JUDGMENT** |

   Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

   **IT IS ADJUDGED** that the Petition is denied and dismissed with prejudice.

DATED: March 13, 2023

                                   */S/ RONALD S.W. LEW*
                                   RONALD S.W. LEW
                                   UNITED STATES DISTRICT JUDGE